## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

IN RE:  APPLICATION FOR CIVIL
SEIZURE WARRANT

No. 23 MC 82 (MEG)

## APPLICATION FOR SEIZURE WARRANT

The Government, through undersigned counsel, hereby applies for an asset forfeiture seizure warrant for Truist Bank Account Ending 5792, held in the name of Quest Freight LLC. In support of this application, the Government provides an affidavit, which is specifically incorporated by reference to this application, a motion to seal, and a proposed seizure warrant.

As set forth more fully in the affidavit, undersigned counsel believes that the above property is subject to forfeiture for violation of federal laws.

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

By: _____
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:    (203) 821-3700
Fax:    (203) 773-5373
David.C.Nelson@usdoj.gov